# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br><br>AFRICK, LANCE M. | **2. Court or Organization**<br><br>USDC, EASTERN DISTRICT OF LA | **3. Date of Report**<br><br>01/25/2002 |
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. DISTRICT JUDGE NOMINEE | **5. Report Type (check type)**<br><br>X Nomination, Date 01/23/2002<br><br>___ Initial ___ Annual ___ Final | **6. Reporting Period**<br><br>01/01/2001<br>to<br>12/31/2001 |
| **7. Chambers or Office Address**<br><br>501 MAGAZINE STREET<br><br>ROOM E-335<br><br>NEW ORLEANS, LA 70130 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | TRUSTEE | FAMILY TRUST NO. 2 (DC 2) |
| 2 | | |
| 3 | | |

## AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| | 2000 | UNIVERSITY OF NEW ORLEANS | $5,500.00 |
| | 2000 | TULANE UNIVERSITY (S) | |
| | 2001 | Louisiana Supreme Court Clerk's Office (DC2) | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

|   | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
| --- | --- | --- |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| X | NONE (No such reportable gifts.) SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| X | NONE (No reportable liabilities.) CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 01/25/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period NONE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 MERRILL LYNCH PRIORITY CMA | A | Dividend | | | | | | | |
| 2 INDUSTRIES REALTY NOTE (S) | None | None | M | U | | | | | |
| 3 FAMILY TRUST NO. 2 (DC2) | A | Rent | J | W | | | | | See explanatory note |
| 4 PRUDENTIAL UNIV. LIFE (S) | A | Dividend | K | T | | | | | |
| 5 PRUDENTIAL UNIV. LIFE | A | Dividend | K | T | | | | | |
| 6 PRUDENTIAL IRA (S) (COMMON STOCK PORTFOLIO) | A | Dividend | L | T | | | | | |
| 7 PRUDENTIAL IRA (COMMON STOCK PORTFOLIO) | A | Dividend | L | T | | | | | |
| 8 TEACHERS INSURANCE AND ANNUITY ASSOCIATION (S) | A | Dividend/ Int | M | T | | | | | |
| 9 LEGG MASON TRUST (DC3) | A | Dividend/ Int | M | T | | | | | |
| 10 LEGG MASON TRUST (DC4) | A | Dividend/ Int | K | T | | | | | |
| 11 WHITNEY STOCK (DC3) | C | Dividend | L | T | | | | | |
| 12 WHITNEY STOCK (DC4) | B | Dividend | K | T | | | | | |
| 13 VILLAGE SQUARE SHOPPING CENTER Pship., (S) Baton Rouge, LA | E | Rent | N | U | | | | | |
| 14 MERRILL LYNCH PRIORITY CMA | A | Dividend | K | T | | | | | |
| 15 MERRILL LYNCH PRIORITY CMA (DC2) | A | Dividend | J | T | | | | | |
| 16 VANGUARD PRIME MONEY MARKET (DC3) | A | Dividend | J | T | | | | | |
| 17 CISCO SYSTEMS, INC. (DC3) | A | Dividend | K | T | | | | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 MASS. HSG. FIN. AGY. (Municipal Bond) | B | Interest | K | T | | | | | |
| 19 MINN. ST. HSG. FIN. AGY. (Municipal Bond) | C | Interest | L | T | | | | | |
| 20 ARKANSAS ST. DEV. AUTH. (Municipal Bond) | C | Interest | L | T | | | | | |
| 21 LOUISIANA STATE (Municipal Bond) | D | Interest | M | T | | | | | |
| 22 FLORIDA HSG. FIN. AGY. (Municipal Bond) (DC2) | C | Interest | L | T | | | | | |
| 23 LOUISIANA ST. (Municipal Bond) (DC2) | A | Interest | J | T | | | | | |
| 24 LOUISIANA ST. (Municipal Bond) | A | Interest | K | T | | | | | |
| 25 LOUISIANA STATE (Municipal Bond) | B | Interest | K | T | | | | | |
| 26 MLS&P 500 Index Mutual Fund (DC2) | A | Dividend | J | T | | | | | |
| 27 MERRILL LYNCH PRIORITY CMA (DC3) | A | Dividend | J | T | | | | | |
| 28 MERRILL LYNCH PRIORITY CMA (DC4) | A | Dividend | J | T | | | | | |
| 29 MERRILL LYNCH BANKING ADV. | A | Interest | | | | | | | |
| 30 LAKEWOOD ASSOCIATES LTD. PSHIP. (S) | D | Interest | M | U | | | | | |
| 31 AIM SELECT GROWTH FUND CLASS C (DC3) | A | Interest | J | T | | | | | |
| 32 Walt Disney Co. (DC3) | A | Dividend | J | T | | | | | |
| 33 Arkansas ST (Municipal Bond) | A | Interest | J | T | | | | | |
| 34 Krispy Kreme Doughnuts (stock) | A | Dividend | J | T | | | | | |

/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
1. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
1. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
. C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 01/25/2002 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Krispy Kreme Doughnuts (stock) | A | Dividend | J | T | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| Value Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| Value Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VII. 3.  The piece of real estate in Galliano, Louisiana, which was sold during the reporting period was the only thing of value held in trust.

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____        Date  *1-25-02*

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544